ESCUDERO, APPELLEE, *v.* FELIX, APPELLANT.

District Court of San Juan, Section 2.

Non-performance of Contract.

No. 2481.—Decided February 6, 1922.

The question raised in the appeal refers to the conflict in the evidence, but there is nothing to justify the Supreme Court in interfering with the deliberate action of the court below.—*Affirmed.*—Mr. Justice Wolf delivered the opinion of the court.

---

PEOPLE, APPELLEE, *v.* MORETT, APPELLANT.

First District Court of San Juan.

No. 1843.—Decided February 13, 1922.

The judgment below was as follows: "The case having been submitted, the court finds the defendant guilty of petty larceny and sentences him to imprisonment in jail for one year and six months." Considering section 431 of the Penal Code, the sentence was reduced to imprisonment for one year. —Mr. Chief Justice Del Toro delivered the opinion of the court.